**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7445**

---

CHARLES WARNER JONES, a/k/a Charles Jones,

                                        Plaintiff - Appellant,

        versus

MARYLAND DEPARTMENT OF CORRECTIONS
COMMISSIONERS; SERGEANT MCDONALD; CO II
SELLMAN; CO II SOFELLO; CO IV PAINTER; JAMES
PEGUESE, Each Defendant is hereby sued
individually and severally,

                                        Defendants - Appellees,

        and

SECURITY OFFICER STITCH,

                                        Defendant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.  (CA-
03-412-RDB)

---

Submitted:  November 19, 2003          Decided:  December 8, 2003

---

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

Charles Jones, Appellant Pro Se.  John Joseph Curran, Jr., Attorney
General, Stephanie Judith Lane-Weber, Assistant Attorney General,
Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Jones appeals the district court's order denying
relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed
the record and find no reversible error. Accordingly, we affirm for
the reasons stated by the district court.  See Jones v. Maryland
Dep't of Corr. Comm'rs, No. CA-03-412-RDB (D. Md. Aug. 26, 2003).
We dispense with oral argument because the facts and legal
contentions are adequately presented in the materials before the
court and argument would not aid the decisional process.

AFFIRMED